1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12    **MICHAEL JAMES,**                    Case No. C 13-00885 SBA (PR)

                                Petitioner,  **ORDER GRANTING EXTENSION OF**
13                                            **TIME TO FILE RESPONSE**

14            **v.**

15    **JEFFREY BEARD, Secretary of California**
      **Department of Corrections and**
16    **Rehabilitation (CDCR),**

17                                Respondent.

18

19          GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an

20    enlargement of time, to and including November 19, 2013, to file a response.  If petitioner wishes

21    to file a traverse, he shall do so within 60 days of his receipt of the response.

22
      Dated: _____9/20/2013_____
23                                            The Honorable Saundra Brown Armstrong
24                                            United States District Judge

25

26

27

28
                                    1