IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JAMES,**<br><br>                                               Petitioner,<br><br>       v.<br><br>**JEFFREY BEARD, Secretary of California Department of Corrections and Rehabilitation (CDCR),**<br><br>                                               Respondent. | Case No. C 13-00885 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including November 19, 2013, to file a response. If petitioner wishes to file a traverse, he shall do so within 60 days of his receipt of the response.

Dated:  ___9/20/2013___            _____
                                                          The Honorable Saundra Brown Armstrong
                                                          United States District Judge

1

G:\PRO-SE\SBA\HC.13\James0885.grantEOT.doc