IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JAMES,**<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JEFFREY BEARD, Secretary of California Department of Corrections and Rehabilitation (CDCR),**<br><br>　　　　　　　　　　　　　Respondent. | Case No. C 13-00885 SBA (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent is granted a second enlargement of time, to and including January 20, 2014, to file a response. If Petitioner wishes to file a traverse, he shall do so within 60 days of his receipt of the response.

Dated: 12/16/2013

　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1