United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL JAMES,<br><br>        Petitioner<br><br>v.<br><br>JEFFREY A. BEARD, Secretary of California Department of Corrections and Rehabilitation ("CDCR"),<br><br>        Respondent. | Case No: C 13-0885 SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Court's Order granting respondent's motion to dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered for Respondent.

IT IS SO ORDERED.

Dated: 9/29/14

                                             *Saundra B Armstrong*
                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

P:\PRO-SE\SBA\HC.13\James0885.jud.docx