UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES,<br><br>        Petitioner,<br>   v.<br><br>JEFFREY A. BEARD, Secretary of California Department of Corrections and Rehabilitation,<br><br>        Respondent. | Case No. 13-cv-00885-SBA (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Dkt. 21 |

This matter came before the Court for consideration of Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his 2009 conviction in Alameda County Superior Court. On September 29, 2014, the Court granted Respondent's motion to dismiss the petition as untimely. Dkt. 17.

Petitioner has filed a motion for leave to proceed in forma pauperis on appeal. Dkt. 21. In its September 29, 2014 Order, the Court denied a certificate of appealability because Petitioner had not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis is DENIED. See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

DATED: 11-19-14

                                                                          _/s/ Saundra B. Armstrong_
                                                                     SAUNDRA BROWN ARMSTRONG
                                                                     United States District Judge

P:\PRO-SE\SBA\HC.13\James0885.denyAFP.docx